In the Matter of CHARLES WOHLFORD, JR., Respondent. JAMES R. LAWLEY et al., Constituting the Board of Elections of the County of Erie, Respondents. EDWARD H. PFOHL et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.